AO 243
REV 5/82

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

United States District Court
Southern District of T[exas]
FILED
DEC 18 2000
Michael N. Milby
Clerk of Court

| United States District Court | District SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Name of Movant SAUL VASQUEZ-VILLEGAS | Prisoner No. 86496-079 / Docket No. CR-B-99-257 |
| Place of Confinement FCI Oakdale, P.O. Box 5000, Oakdale, LA 71463 | B-00-194 |

UNITED STATES OF AMERICA   V.   SAUL VASQUEZ-VILLEGAS
(include name upon which convicted)
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __U.S. District Court Southern District of Texas, Brownsville Division.__

2. Date of judgment of conviction __October 15, 1999__

3. Length of sentence __70 months__

4. Nature of offense involved (all counts) __Illegal Re-entry 8 USC § 1326(a) and (b)(2)__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   __na__

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __U.S. Court of Appeal 5th Circuit__

   (b) Result __Appeal Dismissed__

   (c) Date of result __August 22, 2000__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __na__

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?   na
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:   na

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

(2)

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?  **na**
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:   **na**

    (1) Name of court _____

    (2) Nature of proceeding _____
    _____

    (3) Grounds raised _____
    _____
    _____
    _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?   **na**
        Yes ☐ No ☐

    (5) Result _____
    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?   **na**
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐
    (3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____
_____
_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The Counsel was ineffective by failure to investigate, prepare for trial or object to the 16 points enhancement under 2L1.2(b)(1)(A).

Supporting FACTS (tell your story *briefly* without citing cases or law: My counsel did not investigate, prepare for trial or object to the level 16 point enhancement in the PSI nor did he file notice of Appeal to correct the error. If he had investiage, he could have found that the 16 point ehancement was in violation of the Petitioner's Due Process right, because said ehancing factor was not charged in the indictment.

B. Ground two: The USSG 2L1.2(b)(1)(A) used in enhancing sentence by 16 level points violates my due process rights under the U.S. Constitution.

Supporting FACTS (tell your story *briefly* without citing cases or law): The Sentencing Court enhanced sentence pursuant to 2L1.2(b)(1)(A) by level 16 points is in violation of my due process rights under the constitution, because said enhancing factor was not charged in the indictment nor proved beyond a reasonable doubt.

C. Ground three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law) _____

AO 243
REV 4/82

D. Ground four: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:  __na__

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing  __Sandra Zamora Zayas__
   __Asst. Federal Public Defender, P.O. Box 61508, Houston, TX 77208__

   (b) At arraignment and plea  __same__

   (c) At trial  __same__

   (d) At sentencing  __same__

AO 243
REV 6/82

(e) On appeal ____ Laura Fletcher Leavitt and Sandra Zamora-Zayas

Public Defender P.O. Box 61508, Houston, TX 77208

(f) In any post-conviction proceeding ____ na

(g) On appeal from any adverse ruling in a post-conviction proceeding ____ na

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ____
na

(b) Give date and length of the above sentence: ____ na

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

*Saul Vasques*

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-5-2000
(date)

X *Saul Vasques Villegas*
Signature of Movant

(7)