UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

DEC 1 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | B-00-194 |
| vs. | § § | Case No: CR-B-99-257 |
| SAUL VASQUEZ-VILLEGAS | § § | |
| Defendant. | § | |

## MOTION FOR EVIDENTIARY HEARING

Defendant, SAUL VASQUEZ-VILLEGAS, pro se, pursuant to Rule 8, Rules Governing Section 2255 Proceedings in the United States District Courts, respectfully moves this Honorable Court to set for a hearing on the issues raised in the above-styled and captioned Motion for Post Conviction Relief heretofore filed pursuant to 28 USC §2255, and says in support:

Section 2255 provides that "unless the motion and files and records of the case conclusively show that the prisoner is entitles to no relief, the court shall . . . grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto." *Fontaine v. United States*, 411 U.S. 213, 215 (1973) (reversing summary dismissal and remanding for hearing because "motion and the files and records of the case did not conclusively show that the petitioner is entitles to no relief"); *Sanders v. United States*, 373 U.S. 1, 19-21 (1963); *United States v. Bartholomew*, 974 F.2d 39, 41 (5th Cir. 1992) ( a motion brought under §2255 can be denied without a hearing only if the motion, files, and records of the case conclusively show that the prisoner is entitled to no relief); *Anderson v. United States*, 948 F.2d 704 (11th Cir. 1991) (movant entitled to evidentiary hearing because "record does not conclusively show that the prisoner's contentions are without merit").

In amplification of these proceedings, and the Rules governing same, the rules provide for an evidentiary hearing when the standards in *Townsend v. Sain*, 372 U.S. 293 (1963) require, or at least, permit one in the discretion of the court.

Wherefore, Defendant would respectfully request this Honorable Court to set this case for an evidentiary hearing consistent with the provisions of Rule 8, <u>supra</u>.

Respectfully submitted,

*SAUL VASQUE. ViJJeGAS*

SAUL VASQUEZ-VILLEGAS

REG #86496-079

Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463-5000

2

# CERTIFICATE OF SERVICE

I, __Saul Vasquez-Villegas__ hereby certify that I have served a true and correct copy of the following: __MOTION 2255__

Which is deemed filed at the time it was delivered to prison authorities for forwarding, _Houston vs. Lack_, 101 L.Ed 2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

>Asst. U.S. Attorny
>P.O. Box 61129
>Houston, TX 77208-1129

and deposited same in the United States Postal Mail at the United States FEDERAL CORR. Inst. Oakdale on this: _____ day of: _____, 199__

_Saul Vasques Villegas_

Reg. No. __86496-079__

FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 5000
Oakdale, LA 71463