4

United States District Court
Southern District of Texas
FILED

DEC 1 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE <u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

<u>BROWNSVILLE</u> DIVISION   B-00-194

UNITED STATES OF AMERICA

VS.

<u>SAUL VASQUEZ-VILLEGAS</u>,

Case No. <u>CR B-99-257</u>

Civil No. _____

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

NOW INTO COURT comes <u>SAUL VASQUEZ-VILLEGAS</u>, the defendant appearing through pro se representation, respectfully moves this Court for Leave To Proceed In Forma Pauperis" on appeal of this Court's denial of his 28 U.S.C. §2255 Motion To Vacate, Set-Aside or Correct Sentence.

The defendant declares that he is the defendant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to redress of my claims and relief.

An application to proceed in forma pauperis, supporting documentation and order attached hereto is made part of this motion by reference herein.

Date: *12-5-2000*  RESPECTFULLY SUBMITTED

*Saul Vasques*

Pro se Representation
P.O. Box 5000
Oakdale, Louisiana 71463

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing instrument has been mailed postage pre-paid on this _____ day of _____ 2000, to the following:

**Assistant U.S. Attorney**

**P.O. Box 61129**

**Houston, TX 77208-1129**

*Saul Vasques Villegas*

2

SAUL VASQUEZ-VILLEGAS
(Petitioner)

UNITED STATES OF AMERICA
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, **Saul Vasquez-Villegas**, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes_____    No **XX**

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   
   **na**

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
   
   **na**

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes____   No **xx**
   b. Rent payments, interest or dividends?   Yes____   No **xx**
   c. Pensions, annuities or life insurance payments?   Yes____   No **xx**
   d. Gifts or inheritances?   Yes____   No **xx**
   e. Any other sources?   Yes____   No **xx**

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.
   
   **na**

3. Do you own any cash, or do you have money in a checking or savings account?   Yes____   No **XX**   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.
   
   **na**

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes____   No **xx**

   If the answer is yes, describe the property and state its approximate value.   **na**

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

**na**

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on __12·5·2000__
(Date)

_Saul Vasques Villegas_
Signature of Movant

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____
Authorized Officer of Institution

_____
Title of Officer

ClibPDF - www.fastio.com