5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAUL VASQUEZ-VILLEGAS | * | |
| VS | * | C.A. NO. B-00-194 |
| | | (Cr. No. B-99-257) |
| UNITED STATES OF AMERICA | * | |

# O R D E R

The Clerk of Court is hereby **ORDERED** to return to Petitioner the Motion for Leave to Proceed in Forma Pauperis and Declaration of Request to Proceed in Forma Pauperis so that the certificate in the Declaration can be executed by the authorized officer of the institution.

DONE at Brownsville, Texas, on this 6th day of July 2001.

Felix Recio
United States Magistrate Judge