

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAUL VASQUEZ-VILLEGAS | * |
| | * |
| VS | * C.A. NO. B-00-194 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-99-257) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On August 23, 2001, the Court reviewed the case file in the above-captioned matter, and it appears that on July 10, 2001, the Motion for Leave to Proceed in Forma Pauperis and Declaration of Request to Proceed in Forma Pauperis, so that the certificate in the Declaration could be executed by the authorized officer, was mailed to the Petitioner. The Petitioner has failed to response and has not filed said Motion.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 23, 2001.

DONE at Brownsville, Texas, this 23rd day of August 2001.

Felix Recio
United States Magistrate Judge