7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAUL VASQUEZ-VILLEGAS | * | |
| | * | |
| VS | * | C.A. NO. B-00-194 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-257) |

## ORDER OF DISMISSAL

This cause of action was filed on December 18, 2000. More than nine months have elapsed and Plaintiff has failed to take any action to further prosecute its cause of action. Accordingly, this cause of action is hereby **DISMISSED** for lack of prosecution.

DONE at Brownsville, Texas, this 25th day of October 2001.

_____
Hilda G. Tagle
United States District Judge